UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Michelle Labayen (ML2960)
Law Office of Michelle Labayen
24 Commerce Street
Suite 1300
Newark, NJ 07102
973-622-1584
Email: michelle@labayenlaw.com

In Re:

Frank Goya

| | |
|---|---|
| Case No.: | 23-12463 |
| Chapter: | 13 |
| Adv. No.: | |
| Hearing Date: | 7/13/2023 |
| Judge: | John K. Sherwood |

## CERTIFICATION OF SERVICE

1.  I, _____ Arly Rivas _____ :

    ☐ represent _____ in this matter.

    ☒ am the secretary/paralegal for Law Office of Michelle Labayen, who represents
    _____ Debtor _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2.  On _____ 06/20/2023 _____, I sent a copy of the following pleadings and/or documents
    to the parties listed in the chart below.
    Motion to Expunge Proof of Claim 8.1 of Wells Fargo Bank (Attachments: # 1 Certification #
    2 Proposed Order # 3 Exhibit A # 4 Exhibit B)

3.  I certify under penalty of perjury that the above documents were sent using the mode of service
    indicated.

Date: _____ 06/20/2023 _____        _____

                                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| United States Bankruptcy Court District of New Jersey 50 Walnut Street Newark, NJ 07102 | Court | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg Chapter 13 Standing Trustee 30 Two Bridges Rd Suite 330 Fairfield, NJ 07004-1550 | Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U.S. Trustee US Dept of Justice Office of the US Trustee One Newark Center Ste 2100 Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Frank Goya 210 Ivy Street Apt 1B Kearny, NJ 07032 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank NA Attn: Wells Fargo Bankruptcy 1 Home Campus Mac X2303-01a Des Moines, IA 50328 | Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo Corporate Office<br>Attn: VP Scott Powell<br>420 Montgomery St<br>San Francisco, CA 94111 | Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>Bankruptcy Specialist<br>Attn: Emily A. Orth<br>PO Box 10438<br>Des Moines, IA 50306-0438 | Creditors | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*