Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 23−12463−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Frank Goya
   210 Ivy Street
   Apt 1B
   Kearny, NJ 07032

Social Security No.:
   xxx−xx−2001

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 3/27/23 and a confirmation hearing on such Plan has been scheduled for 7/27/23.

The debtor filed a Modified Plan on 7/25/23 and a confirmation hearing on the Modified Plan is scheduled for 8/24/23 @ 8:30 AM. Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.   The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: July 27, 2023
JAN: lc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-12463-JKS |
| Frank Goya | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 27, 2023 | Form ID: 186 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Goya, 210 Ivy Street, Apt 1B, Kearny, NJ 07032-3408 |
| 519872700 | + | State of New Jersey, Deptartment of Taxation, P.O. Box 448, Trenton, NJ 08646-0448 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 27 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 27 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519872692 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2023 20:37:00 | Citizens Bank, Attn: Bankruptcy, One Citizens Dr, Providence, RI 02903 |
| 519875894 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 27 2023 20:37:00 | Citizens Bank N.A, One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 519872687 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 27 2023 20:47:22 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519916891 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 27 2023 20:47:57 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519872688 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:58:30 | Cbna, Attn: Centralized Bankruptcy, Po Box 790034, St. Louis, MO 63179-0034 |
| 519872690 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 27 2023 20:38:00 | Chex System, 7805 Hudson Road, suite 100, Saint Paul, MN 55125-1703 |
| 519872691 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:58:30 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 519899485 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Citibank, N.A., c/o Quantum3 Group LLC, PO Box 280, Kirkland, WA 98083-0280 |
| 519872693 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 27 2023 20:38:00 | Comenity Bank/tyrdvisa, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519872698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 27 2023 20:58:30 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519882477 | | Email/Text: mrdiscen@discover.com | Jul 27 2023 20:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519872694 | + | Email/Text: mrdiscen@discover.com | Jul 27 2023 20:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519872695 | | Email/Text: bankruptcycourts@equifax.com | Jul 27 2023 20:38:00 | Equifax, POB 740241, Atlanta, GA 30374 |
| 519872696 | ^ | MEBN | | |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 27, 2023 | Form ID: 186 | Total Noticed: 33 |

|  |  |  |  |  |
|---|---|---|---|---|
| | | | Jul 27 2023 20:36:25 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 519872697 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 27 2023 20:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 519894523 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:58:25 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519872689 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 27 2023 20:47:34 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519931849 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:58:25 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519926145 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 27 2023 20:47:58 | Portfolio Recovery Associates, LLC, c/o Citibank, N.a., POB 41067, Norfolk VA 23541 |
| 519929088 | | Email/Text: bnc-quantum@quantum3group.com | Jul 27 2023 20:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519872699 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2023 20:38:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519893433 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 27 2023 20:38:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519872701 | | Email/Text: bankruptcy@td.com | Jul 27 2023 20:38:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |
| 519882582 | ^ | MEBN | Jul 27 2023 20:36:47 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |
| 519872702 | | Email/Text: DASPUBREC@transunion.com | Jul 27 2023 20:37:00 | TransUnion, 555 W. Adams Street, Chicago, IL 60661 |
| 519937094 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2023 20:38:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 519872703 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 27 2023 20:38:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 519872704 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:59 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519898073 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 27 2023 20:47:21 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519915955 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0312-2 | User: admin | Page 3 of 3
Date Rcvd: Jul 27, 2023 | Form ID: 186 | Total Noticed: 33

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Michelle Labayen | on behalf of Debtor Frank Goya michelle@labayenlaw.com rodney@labayenlaw.com;arly@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4