

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

**Order Filed on August 29, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Frank Goya

         Debtor.

| | |
|---|---|
| Case No.: | 23-12463 |
| Chapter: | 13 |
| Hearing Date: | 7/13/2023 |
| Judge: | John K. Sherwood |

## ORDER EXPUNGING/OBJECTING PROOF OF CLAIM

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

23-12463, FRANK GOYA  ORDER TO EXPUNGE CLAIMS

The Court having reviewed the Debtors' Motion, Certification, Order and after Notice and hearing and having no response or objection from the creditor(s) or other party, it is hereby

**ORDERED** that:

1. Proof of Claim 8-1 is expunged

2. The trustee is not to make payments to the claim 8-1.

3. The Order is to be served to all relevant parties within seven (7) days of signing.