UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Michelle Labayen (ML 2960)
Law Office of Michelle Labayen PC
24 Commerce Street Suite 1300
Newark, NJ 07102
973-622-1584
michelle@labayenlaw.com

**Order Filed on August 29, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:   23-12463 |
| Frank Goya | Chapter:   13 |
| Debtor. | Hearing Date:   7/13/2023 |
| | Judge:   John K. Sherwood |

## ORDER EXPUNGING/OBJECTING PROOF OF CLAIM

The relief set forth on the following page is **ORDERED**.

**DATED: August 29, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

23-12463, FRANK GOYA  ORDER TO EXPUNGE CLAIMS

The Court having reviewed the Debtors' Motion, Certification, Order and after Notice and hearing and having no response or objection from the creditor(s) or other party, it is hereby

**ORDERED** that:

1. Proof of Claim 8-1 is expunged

2. The trustee is not to make payments to the claim 8-1.

3. The Order is to be served to all relevant parties within seven (7) days of signing.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 23-12463-JKS

Frank Goya                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 1

Date Rcvd: Aug 29, 2023                  Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol         Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2023:**

**Recip ID                     Recipient Name and Address**
db                   +  Frank Goya, 210 Ivy Street, Apt 1B, Kearny, NJ 07032-3408

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2023                          Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rodney Nelson | on behalf of Debtor Frank Goya rodneyknelson9@gmail.com  rahafalrehaili@labayenlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4