RODNEY NELSON, ESQ.
NELSON AND ASSOCIATES, PC
24 COMMERCE STREET
STE 1300
NEWARK, NJ 07102

Re: FRANK GOYA
210 IVY STREET
APT 1B
KEARNY, NJ 07032

Atty: RODNEY NELSON, ESQ.
NELSON AND ASSOCIATES, PC
24 COMMERCE STREET
STE 1300
NEWARK, NJ 07102

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
**Chapter 13 Case # 23-12463**

## RECEIPTS AS OF 01/01/2024

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2023 | $500.00 | 9089713000 | 05/01/2023 | $500.00 | 9141899000 |
| 06/05/2023 | $500.00 | 9203481000 | 07/03/2023 | $500.00 | 9255922000 |
| 08/01/2023 | $500.00 | 9303244000 | 09/05/2023 | $500.00 | 9360800000 |
| 10/04/2023 | $500.00 | 9415885000 | 11/02/2023 | $500.00 | 9462162000 |
| 12/04/2023 | $500.00 | 9515547000 | | | |

**Total Receipts: $4,500.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $4,500.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| ROCKET MORTGAGE LLC | | | | | | |
| | 10/16/2023 | $60.00 | 917,494 | 11/13/2023 | $3.91 | 918,911 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 350.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,717.84 | 100.00% | 0.00 | 3,717.84 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,692.83 | 100.00% | 0.00 | 9,692.83 |
| 0003 | JPMORGAN CHASE BANK NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,138.96 | 100.00% | 0.00 | 5,138.96 |
| 0006 | CITIZENS BANK NA | UNSECURED | 10,101.52 | 100.00% | 0.00 | 10,101.52 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 4,199.67 | 100.00% | 0.00 | 4,199.67 |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 7,911.12 | 100.00% | 0.00 | 7,911.12 |
| 0012 | CITIBANK NA | UNSECURED | 319.25 | 100.00% | 0.00 | 319.25 |
| 0013 | ROCKET MORTGAGE LLC | (NEW) Prepetition A | 63.91 | 100.00% | 63.91 | 0.00 |
| 0015 | TD BANK NA | UNSECURED | 5,226.93 | 100.00% | 0.00 | 5,226.93 |

**Chapter 13 Case # 23-12463**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0017 | US BANK NATIONAL ASSOCIATION | UNSECURED | 4,994.05 | 100.00% | 0.00 | 4,994.05 |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 2,034.71 | 100.00% | 0.00 | 2,034.71 |
| 0021 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | WELLS FARGO CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $3,163.91**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 12, 2024.

Receipts: $4,500.00 - Paid to Claims: $63.91 - Admin Costs Paid: $3,100.00 = Funds on Hand: $1,836.09

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.