RODNEY NELSON, ESQ.
52 TOWER HILL LN
BUTLER, NJ 07405

Re: FRANK GOYA
210 IVY STREET
APT 1B
KEARNY, NJ 07032

Atty: RODNEY NELSON, ESQ.
52 TOWER HILL LN
BUTLER, NJ 07405

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
**Chapter 13 Case # 23-12463**

## RECEIPTS AS OF 01/01/2025
(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2023 | $500.00 | 9089713000 | 05/01/2023 | $500.00 | 9141899000 |
| 06/05/2023 | $500.00 | 9203481000 | 07/03/2023 | $500.00 | 9255922000 |
| 08/01/2023 | $500.00 | 9303244000 | 09/05/2023 | $500.00 | 9360800000 |
| 10/04/2023 | $500.00 | 9415885000 | 11/02/2023 | $500.00 | 9462162000 |
| 12/04/2023 | $500.00 | 9515547000 | 01/02/2024 | $500.00 | 9561793000 |
| 02/05/2024 | $500.00 | 9618816000 | 03/04/2024 | $500.00 | 9666870000 |
| 04/01/2024 | $700.00 | 9712023000 | 04/10/2024 | $717.00 | 9727795000 |
| 04/29/2024 | $700.00 | 9756730000 | 05/06/2024 | $717.00 | 9769305000 |
| 05/31/2024 | $700.00 | 9809857000 | 06/04/2024 | $717.00 | 9816638000 |
| 07/08/2024 | $1,417.00 | 9869817000 | 08/05/2024 | $1,417.00 | 9915847000 |
| 09/03/2024 | $1,417.00 | 9960509000 | 10/08/2024 | $1,417.00 | 1001652300 |
| 11/12/2024 | $1,417.00 | 1006628100 | 12/09/2024 | $1,417.00 | 1010863200 |

**Total Receipts: $18,753.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $18,753.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025
(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 02/12/2024 | $127.98 | 923,271 | 03/11/2024 | $32.08 | 924,721 |
| | 04/15/2024 | $32.06 | 926,160 | 05/10/2024 | $44.87 | 927,631 |
| | 06/17/2024 | $136.86 | 929,034 | 07/15/2024 | $90.87 | 930,518 |
| | 08/19/2024 | $93.83 | 931,933 | 09/16/2024 | $93.84 | 933,393 |
| | 10/21/2024 | $93.83 | 934,795 | 11/18/2024 | $92.85 | 936,275 |
| | 12/16/2024 | $92.84 | 937,662 | | | |
| CITIBANK NA | | | | | | |
| | 02/12/2024 | $10.98 | 922,889 | 04/15/2024 | $5.51 | 925,769 |
| | 06/17/2024 | $15.61 | 928,629 | 07/15/2024 | $7.80 | 930,143 |
| | 08/19/2024 | $8.07 | 931,536 | 09/16/2024 | $8.05 | 933,025 |
| | 10/21/2024 | $8.06 | 934,387 | 11/18/2024 | $7.97 | 935,879 |
| | 12/16/2024 | $7.97 | 937,260 | | | |

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CITIZENS BANK NA | | | | | | |
| | 02/12/2024 | $347.74 | 922,928 | 03/11/2024 | $87.14 | 924,394 |
| | 04/15/2024 | $87.12 | 925,808 | 05/10/2024 | $121.92 | 927,302 |
| | 06/17/2024 | $371.86 | 928,670 | 07/15/2024 | $246.90 | 930,177 |
| | 08/19/2024 | $254.95 | 931,572 | 09/16/2024 | $254.94 | 933,061 |
| | 10/21/2024 | $254.95 | 934,418 | 11/18/2024 | $252.27 | 935,911 |
| | 12/16/2024 | $252.26 | 937,292 | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 02/12/2024 | $272.34 | 923,375 | 03/11/2024 | $68.23 | 924,829 |
| | 04/15/2024 | $68.23 | 926,267 | 05/10/2024 | $95.53 | 927,739 |
| | 06/17/2024 | $291.19 | 929,152 | 07/15/2024 | $193.36 | 930,617 |
| | 08/19/2024 | $199.66 | 932,044 | 09/16/2024 | $199.67 | 933,494 |
| | 10/21/2024 | $199.67 | 934,903 | 11/18/2024 | $197.56 | 936,382 |
| | 12/16/2024 | $197.56 | 937,760 | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 02/12/2024 | $333.68 | 8,003,947 | 02/12/2024 | $176.90 | 8,003,947 |
| | 03/11/2024 | $83.55 | 8,003,991 | 03/11/2024 | $44.33 | 8,003,991 |
| | 04/15/2024 | $83.60 | 8,004,035 | 04/15/2024 | $44.32 | 8,004,035 |
| | 05/10/2024 | $117.08 | 8,004,082 | 05/10/2024 | $62.05 | 8,004,082 |
| | 06/17/2024 | $356.77 | 8,004,126 | 06/17/2024 | $189.15 | 8,004,126 |
| | 07/15/2024 | $236.91 | 8,004,169 | 07/15/2024 | $125.60 | 8,004,169 |
| | 08/19/2024 | $244.63 | 8,004,210 | 08/19/2024 | $129.70 | 8,004,210 |
| | 09/16/2024 | $244.63 | 8,004,251 | 09/16/2024 | $129.71 | 8,004,251 |
| | 10/21/2024 | $244.63 | 8,004,295 | 10/21/2024 | $129.70 | 8,004,295 |
| | 11/18/2024 | $242.07 | 8,004,336 | 11/18/2024 | $128.34 | 8,004,336 |
| | 12/16/2024 | $242.06 | 8,004,376 | 12/16/2024 | $128.33 | 8,004,376 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 02/12/2024 | $144.57 | 8,003,964 | 03/11/2024 | $36.22 | 8,004,011 |
| | 04/15/2024 | $36.22 | 8,004,053 | 05/10/2024 | $50.72 | 8,004,098 |
| | 06/17/2024 | $154.58 | 8,004,140 | 07/15/2024 | $102.65 | 8,004,183 |
| | 08/19/2024 | $105.99 | 8,004,220 | 09/16/2024 | $105.99 | 8,004,259 |
| | 10/21/2024 | $105.99 | 8,004,299 | 11/18/2024 | $104.89 | 8,004,342 |
| | 12/16/2024 | $104.88 | 8,004,390 | | | |
| ROCKET MORTGAGE LLC | | | | | | |
| | 10/16/2023 | $60.00 | 917,494 | 11/13/2023 | $3.91 | 918,911 |
| TD BANK NA | | | | | | |
| | 02/12/2024 | $179.94 | 923,034 | 03/11/2024 | $45.06 | 924,493 |
| | 04/15/2024 | $45.08 | 925,909 | 05/10/2024 | $63.13 | 927,405 |
| | 06/17/2024 | $192.39 | 928,781 | 07/15/2024 | $127.75 | 930,273 |
| | 08/19/2024 | $131.92 | 931,664 | 09/16/2024 | $131.93 | 933,147 |
| | 10/21/2024 | $131.92 | 934,504 | 11/18/2024 | $130.53 | 935,993 |
| | 12/16/2024 | $130.53 | 937,370 | | | |
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 02/12/2024 | $171.91 | 924,104 | 03/11/2024 | $43.09 | 925,520 |
| | 04/15/2024 | $43.07 | 927,021 | 05/10/2024 | $60.27 | 928,399 |
| | 06/17/2024 | $183.85 | 929,916 | 07/15/2024 | $122.06 | 931,285 |
| | 08/19/2024 | $126.04 | 932,797 | 09/16/2024 | $126.05 | 934,152 |
| | 10/21/2024 | $126.04 | 935,666 | 11/18/2024 | $124.72 | 937,066 |
| | 12/16/2024 | $124.72 | 938,486 | | | |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 02/12/2024 | $70.05 | 924,156 | 03/11/2024 | $17.54 | 925,571 |
| | 04/15/2024 | $17.55 | 927,078 | 05/10/2024 | $24.57 | 928,451 |
| | 06/17/2024 | $74.89 | 929,968 | 07/15/2024 | $49.74 | 931,337 |
| | 08/19/2024 | $51.35 | 932,848 | 09/16/2024 | $51.36 | 934,200 |
| | 10/21/2024 | $51.35 | 935,712 | 11/18/2024 | $50.80 | 937,109 |
| | 12/16/2024 | $50.82 | 938,527 | | | |

**Chapter 13 Case # 23-12463**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,322.67 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,717.84 | 100.00% | 1,024.76 | 2,693.08 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,692.83 | 100.00% | 2,671.67 | 7,021.16 |
| 0003 | JPMORGAN CHASE BANK NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,138.96 | 100.00% | 1,416.47 | 3,722.49 |
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 10,101.52 | 100.00% | 2,784.32 | 7,317.20 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 4,199.67 | 100.00% | 1,157.58 | 3,042.09 |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 7,911.12 | 100.00% | 2,180.57 | 5,730.55 |
| 0012 | CITIBANK NA | UNSECURED | 319.25 | 100.00% | 87.99 | 231.26 |
| 0013 | ROCKET MORTGAGE LLC | (NEW) Prepetition A | 63.91 | 100.00% | 63.91 | 0.00 |
| 0015 | TD BANK NA | UNSECURED | 5,226.93 | 100.00% | 1,440.71 | 3,786.22 |
| 0017 | US BANK NATIONAL ASSOCIATION | UNSECURED | 4,994.05 | 100.00% | 1,376.54 | 3,617.51 |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 2,034.71 | 100.00% | 560.83 | 1,473.88 |
| 0021 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | WELLS FARGO CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $18,838.02**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 18, 2025.

Receipts: $18,753.00 - Paid to Claims: $14,765.35 - Admin Costs Paid: $4,072.67 = Funds on Hand: $1,331.98

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.