RODNEY NELSON, ESQ.
52 TOWER HILL LN
BUTLER, NJ 07405

Re: FRANK GOYA
210 IVY STREET
APT 1B
KEARNY, NJ 07032

Atty: RODNEY NELSON, ESQ.
52 TOWER HILL LN
BUTLER, NJ 07405

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026**
**Chapter 13 Case # 23-12463**

## RECEIPTS AS OF 01/15/2026

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 04/03/2023 | $500.00 | 9089713000 | 05/01/2023 | $500.00 | 9141899000 |
| 06/05/2023 | $500.00 | 9203481000 | 07/03/2023 | $500.00 | 9255922000 |
| 08/01/2023 | $500.00 | 9303244000 | 09/05/2023 | $500.00 | 9360800000 |
| 10/04/2023 | $500.00 | 9415885000 | 11/02/2023 | $500.00 | 9462162000 |
| 12/04/2023 | $500.00 | 9515547000 | 01/02/2024 | $500.00 | 9561793000 |
| 02/05/2024 | $500.00 | 9618816000 | 03/04/2024 | $500.00 | 9666870000 |
| 04/01/2024 | $700.00 | 9712023000 | 04/10/2024 | $717.00 | 9727795000 |
| 04/29/2024 | $700.00 | 9756730000 | 05/06/2024 | $717.00 | 9769305000 |
| 05/31/2024 | $700.00 | 9809857000 | 06/04/2024 | $717.00 | 9816638000 |
| 07/08/2024 | $1,417.00 | 9869817000 | 08/05/2024 | $1,417.00 | 9915847000 |
| 09/03/2024 | $1,417.00 | 9960509000 | 10/08/2024 | $1,417.00 | 1001652300 |
| 11/12/2024 | $1,417.00 | 1006628100 | 12/09/2024 | $1,417.00 | 1010863200 |
| 01/06/2025 | $1,417.00 | 1014832500 | 02/10/2025 | $1,417.00 | 1019562200 |
| 03/11/2025 | $1,417.00 | I1V9GNB8Q1-Plan | 04/09/2025 | $1,417.00 | I139GB2B62-Plan |
| 05/07/2025 | $1,417.00 | I1XVL51413-Plan | 06/09/2025 | $1,417.00 | I19VLRC829-Plan |
| 07/08/2025 | $1,417.00 | I19TLQNJ6F-Plan | 08/11/2025 | $1,417.00 | I1P3FDCK20-Plan |
| 09/10/2025 | $1,417.00 | I1NXFF4ZYW-Plan | 10/07/2025 | $1,417.00 | I1NJFZ7J9N-Plan |
| 11/07/2025 | $1,417.00 | I115SN6C5Y-Plan | 12/09/2025 | $1,417.00 | I11TSCG2WM-Plan |
| 01/09/2026 | $1,417.00 | I85NC0MRQ1-Plan | | | |

**Total Receipts: $37,174.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $37,174.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026

(Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A. | | | | | | |
| | 02/12/2024 | $127.98 | 923,271 | 03/11/2024 | $32.08 | 924,721 |
| | 04/15/2024 | $32.06 | 926,160 | 05/10/2024 | $44.87 | 927,631 |
| | 06/17/2024 | $136.86 | 929,034 | 07/15/2024 | $90.87 | 930,518 |
| | 08/19/2024 | $93.83 | 931,933 | 09/16/2024 | $93.84 | 933,393 |
| | 10/21/2024 | $93.83 | 934,795 | 11/18/2024 | $92.85 | 936,275 |

**Chapter 13 Case # 23-12463**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| | 12/16/2024 | $92.84 | 937,662 | 01/13/2025 | $92.85 | 939,105 |
| | 02/10/2025 | $92.85 | 940,464 | 03/17/2025 | $92.84 | 941,856 |
| | 04/14/2025 | $92.85 | 943,315 | 05/12/2025 | $92.85 | 944,750 |
| | 06/16/2025 | $93.83 | 946,161 | 07/14/2025 | $93.83 | 947,611 |
| | 09/16/2025 | $93.83 | 950,325 | 10/20/2025 | $93.84 | 951,763 |
| | 11/17/2025 | $93.83 | 953,242 | 12/15/2025 | $92.85 | 954,648 |
| | 01/12/2026 | $92.85 | 956,066 | | | |
| CITIBANK NA | | | | | | |
| | 02/12/2024 | $10.98 | 922,889 | 04/15/2024 | $5.51 | 925,769 |
| | 06/17/2024 | $15.61 | 928,629 | 07/15/2024 | $7.80 | 930,143 |
| | 08/19/2024 | $8.07 | 931,536 | 09/16/2024 | $8.05 | 933,025 |
| | 10/21/2024 | $8.06 | 934,387 | 11/18/2024 | $7.97 | 935,879 |
| | 12/16/2024 | $7.97 | 937,260 | 01/13/2025 | $7.97 | 938,690 |
| | 02/10/2025 | $7.98 | 940,079 | 03/17/2025 | $7.97 | 941,431 |
| | 04/14/2025 | $7.97 | 942,902 | 05/12/2025 | $7.98 | 944,333 |
| | 06/16/2025 | $8.05 | 945,729 | 07/14/2025 | $8.07 | 947,194 |
| | 09/16/2025 | $8.05 | 949,897 | 10/20/2025 | $8.05 | 951,316 |
| | 11/17/2025 | $8.07 | 952,798 | 12/15/2025 | $7.97 | 954,198 |
| | 01/12/2026 | $7.97 | 955,641 | | | |
| CITIZENS BANK NA | | | | | | |
| | 02/12/2024 | $347.74 | 922,928 | 03/11/2024 | $87.14 | 924,394 |
| | 04/15/2024 | $87.12 | 925,808 | 05/10/2024 | $121.92 | 927,302 |
| | 06/17/2024 | $371.86 | 928,670 | 07/15/2024 | $246.90 | 930,177 |
| | 08/19/2024 | $254.95 | 931,572 | 09/16/2024 | $254.94 | 933,061 |
| | 10/21/2024 | $254.95 | 934,418 | 11/18/2024 | $252.27 | 935,911 |
| | 12/16/2024 | $252.26 | 937,292 | | | |
| DISCOVER BANK DISCOVER PRODUCTS INC. | | | | | | |
| | 02/12/2024 | $272.34 | 923,375 | 03/11/2024 | $68.23 | 924,829 |
| | 04/15/2024 | $68.23 | 926,267 | 05/10/2024 | $95.53 | 927,739 |
| | 06/17/2024 | $291.19 | 929,152 | 07/15/2024 | $193.36 | 930,617 |
| | 08/19/2024 | $199.66 | 932,044 | 09/16/2024 | $199.67 | 933,494 |
| | 10/21/2024 | $199.67 | 934,903 | 11/18/2024 | $197.56 | 936,382 |
| | 12/16/2024 | $197.56 | 937,760 | 01/13/2025 | $197.57 | 939,205 |
| | 02/10/2025 | $197.57 | 940,559 | 03/17/2025 | $197.56 | 941,953 |
| | 04/14/2025 | $197.56 | 943,413 | 05/12/2025 | $197.57 | 944,857 |
| | 06/16/2025 | $199.66 | 946,270 | 07/14/2025 | $199.67 | 947,714 |
| | 09/16/2025 | $199.66 | 950,426 | 10/20/2025 | $199.67 | 951,869 |
| | 11/17/2025 | $199.66 | 953,339 | 12/15/2025 | $197.58 | 954,747 |
| | 01/12/2026 | $197.56 | 956,157 | | | |

**Chapter 13 Case # 23-12463**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | |
| | 02/12/2024 | $333.68 | 8,003,947 | 02/12/2024 | $176.90 | 8,003,947 |
| | 03/11/2024 | $83.55 | 8,003,991 | 03/11/2024 | $44.33 | 8,003,991 |
| | 04/15/2024 | $83.60 | 8,004,035 | 04/15/2024 | $44.32 | 8,004,035 |
| | 05/10/2024 | $117.08 | 8,004,082 | 05/10/2024 | $62.05 | 8,004,082 |
| | 06/17/2024 | $356.77 | 8,004,126 | 06/17/2024 | $189.15 | 8,004,126 |
| | 07/15/2024 | $236.91 | 8,004,169 | 07/15/2024 | $125.60 | 8,004,169 |
| | 08/19/2024 | $244.63 | 8,004,210 | 08/19/2024 | $129.70 | 8,004,210 |
| | 09/16/2024 | $244.63 | 8,004,251 | 09/16/2024 | $129.71 | 8,004,251 |
| | 10/21/2024 | $244.63 | 8,004,295 | 10/21/2024 | $129.70 | 8,004,295 |
| | 11/18/2024 | $242.07 | 8,004,336 | 11/18/2024 | $128.34 | 8,004,336 |
| | 12/16/2024 | $242.06 | 8,004,376 | 12/16/2024 | $128.33 | 8,004,376 |
| | 01/13/2025 | $242.06 | 8,004,416 | 01/13/2025 | $128.34 | 8,004,416 |
| | 02/10/2025 | $242.06 | 8,004,458 | 02/10/2025 | $128.34 | 8,004,458 |
| | 03/17/2025 | $242.05 | 8,004,499 | 03/17/2025 | $128.33 | 8,004,499 |
| | 04/14/2025 | $242.06 | 8,004,542 | 04/14/2025 | $128.34 | 8,004,542 |
| | 05/12/2025 | $242.07 | 8,004,579 | 05/12/2025 | $128.33 | 8,004,579 |
| | 06/16/2025 | $244.63 | 8,004,619 | 06/16/2025 | $129.71 | 8,004,619 |
| | 07/14/2025 | $244.64 | 8,004,662 | 07/14/2025 | $129.67 | 8,004,662 |
| | 09/16/2025 | $244.63 | 8,004,743 | 09/16/2025 | $129.72 | 8,004,743 |
| | 10/20/2025 | $244.63 | 8,004,785 | 10/20/2025 | $129.71 | 8,004,785 |
| | 11/17/2025 | $244.63 | 8,004,824 | 11/17/2025 | $129.70 | 8,004,824 |
| | 12/15/2025 | $242.06 | 8,004,864 | 12/15/2025 | $128.33 | 8,004,864 |
| | 01/12/2026 | $242.06 | 8,004,905 | 01/12/2026 | $128.33 | 8,004,905 |
| QUANTUM3 GROUP LLC | | | | | | |
| | 02/12/2024 | $144.57 | 8,003,964 | 03/11/2024 | $36.22 | 8,004,011 |
| | 04/15/2024 | $36.22 | 8,004,053 | 05/10/2024 | $50.72 | 8,004,098 |
| | 06/17/2024 | $154.58 | 8,004,140 | 07/15/2024 | $102.65 | 8,004,183 |
| | 08/19/2024 | $105.99 | 8,004,220 | 09/16/2024 | $105.99 | 8,004,259 |
| | 10/21/2024 | $105.99 | 8,004,299 | 11/18/2024 | $104.89 | 8,004,342 |
| | 12/16/2024 | $104.88 | 8,004,390 | 01/13/2025 | $104.88 | 8,004,422 |
| | 02/10/2025 | $104.86 | 8,004,464 | 03/17/2025 | $104.89 | 8,004,504 |
| | 04/14/2025 | $104.88 | 8,004,547 | 05/12/2025 | $104.88 | 8,004,587 |
| | 06/16/2025 | $105.98 | 8,004,625 | 07/14/2025 | $106.00 | 8,004,669 |
| | 09/16/2025 | $106.00 | 8,004,749 | 10/20/2025 | $105.99 | 8,004,790 |
| | 11/17/2025 | $105.99 | 8,004,830 | 12/15/2025 | $104.88 | 8,004,870 |
| | 01/12/2026 | $104.88 | 8,004,911 | | | |
| RESURGENT CAPITAL SERVICES | | | | | | |
| | 01/13/2025 | $252.27 | 939,544 | 02/10/2025 | $252.27 | 940,896 |
| | 03/17/2025 | $252.26 | 942,315 | 04/14/2025 | $252.26 | 943,758 |
| | 05/12/2025 | $252.27 | 945,203 | 06/16/2025 | $254.94 | 8,004,626 |
| | 07/14/2025 | $254.96 | 8,004,670 | 09/16/2025 | $254.94 | 8,004,752 |
| | 10/20/2025 | $254.95 | 8,004,796 | 11/17/2025 | $254.95 | 8,004,833 |
| | 12/15/2025 | $252.27 | 8,004,873 | 01/12/2026 | $252.26 | 8,004,916 |
| ROCKET MORTGAGE LLC | | | | | | |
| | 10/16/2023 | $60.00 | 917,494 | 11/13/2023 | $3.91 | 918,911 |
| TD BANK NA | | | | | | |
| | 02/12/2024 | $179.94 | 923,034 | 03/11/2024 | $45.06 | 924,493 |
| | 04/15/2024 | $45.08 | 925,909 | 05/10/2024 | $63.13 | 927,405 |
| | 06/17/2024 | $192.39 | 928,781 | 07/15/2024 | $127.75 | 930,273 |
| | 08/19/2024 | $131.92 | 931,664 | 09/16/2024 | $131.93 | 933,147 |
| | 10/21/2024 | $131.92 | 934,504 | 11/18/2024 | $130.53 | 935,993 |
| | 12/16/2024 | $130.53 | 937,370 | 01/13/2025 | $130.53 | 938,792 |
| | 02/10/2025 | $130.54 | 940,181 | 03/17/2025 | $130.53 | 941,526 |
| | 04/14/2025 | $130.53 | 943,000 | 05/12/2025 | $130.53 | 944,418 |
| | 06/16/2025 | $131.93 | 945,825 | 07/14/2025 | $131.92 | 947,277 |
| | 09/16/2025 | $131.92 | 949,974 | 10/20/2025 | $131.92 | 951,398 |
| | 11/17/2025 | $131.92 | 952,872 | 12/15/2025 | $130.53 | 954,272 |
| | 01/12/2026 | $130.53 | 955,710 | | | |

**Chapter 13 Case # 23-12463**

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASSOCIATION | | | | | | |
| | 02/12/2024 | $171.91 | 924,104 | 03/11/2024 | $43.09 | 925,520 |
| | 04/15/2024 | $43.07 | 927,021 | 05/10/2024 | $60.27 | 928,399 |
| | 06/17/2024 | $183.85 | 929,916 | 07/15/2024 | $122.06 | 931,285 |
| | 08/19/2024 | $126.04 | 932,797 | 09/16/2024 | $126.05 | 934,152 |
| | 10/21/2024 | $126.04 | 935,666 | 11/18/2024 | $124.72 | 937,066 |
| | 12/16/2024 | $124.72 | 938,486 | 01/13/2025 | $124.72 | 939,898 |
| | 02/10/2025 | $124.69 | 941,239 | 03/17/2025 | $124.74 | 942,712 |
| | 04/14/2025 | $124.72 | 944,119 | 05/12/2025 | $124.68 | 945,572 |
| | 06/16/2025 | $126.07 | 947,008 | 07/14/2025 | $126.04 | 948,452 |
| | 09/16/2025 | $126.05 | 951,116 | 10/20/2025 | $126.04 | 952,615 |
| | 11/17/2025 | $126.04 | 954,030 | 12/15/2025 | $124.71 | 955,453 |
| | 01/12/2026 | $124.73 | 956,853 | | | |
| WELLS FARGO CARD SERVICES | | | | | | |
| | 02/12/2024 | $70.05 | 924,156 | 03/11/2024 | $17.54 | 925,571 |
| | 04/15/2024 | $17.55 | 927,078 | 05/10/2024 | $24.57 | 928,451 |
| | 06/17/2024 | $74.89 | 929,968 | 07/15/2024 | $49.74 | 931,337 |
| | 08/19/2024 | $51.35 | 932,848 | 09/16/2024 | $51.36 | 934,200 |
| | 10/21/2024 | $51.35 | 935,712 | 11/18/2024 | $50.80 | 937,109 |
| | 12/16/2024 | $50.82 | 938,527 | 01/13/2025 | $50.81 | 939,939 |
| | 02/10/2025 | $50.82 | 941,280 | 03/17/2025 | $50.81 | 942,752 |
| | 04/14/2025 | $50.81 | 944,159 | 05/12/2025 | $50.82 | 945,611 |
| | 06/16/2025 | $51.34 | 947,053 | 07/14/2025 | $51.36 | 948,491 |
| | 09/16/2025 | $51.36 | 951,155 | 10/20/2025 | $51.35 | 952,654 |
| | 11/17/2025 | $51.35 | 954,065 | 12/15/2025 | $50.82 | 955,492 |
| | 01/12/2026 | $50.81 | 956,885 | | | |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 2,272.04 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 2,750.00 | 100.00% | 2,750.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 3,717.84 | 100.00% | 2,051.01 | 1,666.83 |
| 0002 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 9,692.83 | 100.00% | 5,347.19 | 4,345.64 |
| 0003 | JPMORGAN CHASE BANK NA | VEHICLE SECURI | 0.00 | 100.00% | 0.00 | 0.00 |
| 0005 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 5,138.96 | 100.00% | 2,834.98 | 2,303.98 |
| 0006 | RESURGENT CAPITAL SERVICES | UNSECURED | 10,101.52 | 100.00% | 5,572.65 | 4,528.87 |
| 0007 | QUANTUM3 GROUP LLC | UNSECURED | 4,199.67 | 100.00% | 2,316.81 | 1,882.86 |
| 0008 | DISCOVER BANK DISCOVER PRODUCTS | UNSECURED | 7,911.12 | 100.00% | 4,364.29 | 3,546.83 |
| 0012 | CITIBANK NA | UNSECURED | 319.25 | 100.00% | 176.12 | 143.13 |
| 0013 | ROCKET MORTGAGE LLC | (NEW) Prepetition A | 63.91 | 100.00% | 63.91 | 0.00 |
| 0015 | TD BANK NA | UNSECURED | 5,226.93 | 100.00% | 2,883.51 | 2,343.42 |
| 0017 | US BANK NATIONAL ASSOCIATION | UNSECURED | 4,994.05 | 100.00% | 2,755.05 | 2,239.00 |
| 0019 | WELLS FARGO CARD SERVICES | UNSECURED | 2,034.71 | 100.00% | 1,122.48 | 912.23 |
| 0021 | CAPITAL ONE | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0022 | WELLS FARGO CARD SERVICES | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |

**Total Paid: $34,510.04**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $37,174.00 - Paid to Claims: $29,488.00 - Admin Costs Paid: $5,022.04 = Funds on Hand: $2,663.96

****NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.