**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:

FRANK GOYA,

Debtor

**Case No.: 23-12463 JKS**

## NOTICE OF RESERVE ON CLAIM

| | |
|---|---|
| Creditor: | US BANK NATIONAL ASSOCIATION |
| Trustee Claim #: | 17 |
| Court Claim #: | 13 |
| Claimed Amount: | $4,994.05 |
| Date Claim Filed: | 06/05/2023 |

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable. A change of address must be filed with the Court. A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.** The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: May 06, 2026

By: /S/ Marie-Ann Greenberg
Chapter 13 Standing Trustee

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

---

FRANK GOYA
210 IVY STREET
APT 1B
KEARNY, NJ 07032

US BANK NATIONAL ASSOCIATION
DBA ELAN FINANCIAL SERVICES
4801 FREDERICA STREET
OWENSBORO, KY 42301

US BANK NATIONAL ASSOCIATION
DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
ST. LOUIS, MO 63166-0108

RODNEY NELSON, ESQ.
52 TOWER HILL LN
BUTLER, NJ 07405